1008

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE J. KELLEY, Defendant-Appellant.

(No. 58348;

First District (1st Division)—April 15, 1974.

PER CURIAM.
BURKE, J., took no part.

Cornelius E. Toole, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.